# United States Court of Appeals
## For the First Circuit

---

No. 05-1593

UNITED STATES OF AMERICA,

Appellee,

v.

GEORGE L. UPTON,

Defendant, Appellant.

---

**ERRATA SHEET**

The opinion of this Court issued on March 5, 2009 is amended as follows:

On page 17, line 9, the "the" between "that" and "Grunewald" should be deleted.